**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 22-30357 SWE  Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | BRANCH WATER HOLDINGS, INC. | Date Filed (f) or Converted (c): | 03/01/22 (f) |
|  |  | 341(a) Meeting Date: | 04/05/22 |
| For Period Ending: | 06/30/23  (2nd reporting period for this case) | Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INTEREST IN ELMCROFT SENIOR LIVING INC  * UNDETERMINED VALUE | 0.00 | 0.00 |  | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 |  | $0.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LEAD CASE.  ALL PLEADINGS TO BE FILED IN THIS CASE.  NO MONEY EXPECTED IN THIS CASE.  ALL MONEY IS IN ELMCROFT SENIOR LIVING 22-30359.  ESTIMATED DATE OF CLOSING IS 06/30/2024.

Initial Projected Date of Final Report (TFR): 03/01/23     Current Projected Date of Final Report (TFR): 06/30/24

LFORM1

Ver: 22.07h